UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

Case Number:  05-14310-CIV-MARTINEZ-LYNCH

EDWARD PERRIN,
    Plaintiff,

vs.

FERDINAND MIGLIORE,
    Defendant.
_____/

## ORDER ON PARTIES' AGREED ORDER

THIS CAUSE came before the Court upon the parties Agreed Order on Plaintiff's Motion for Leave to Amend Complaint **(D.E. No. 32)**, filed on **September 15, 2006**.  The Court has carefully considered the motion and is otherwise duly advised.  It is hereby:

**ORDERED AND ADJUDGED** that

 1. The parties' Agreed Order on Plaintiff's Motion for Leave to Amend Complaint **(D.E. No. 32)**  is **GRANTED**.

2. Plaintiff's Motion for Leave to Amend the Complaint **(D.E. No. 29)** is **DENIED as moot**.

3. This Amendment of the Complaint does not affect the deadlines established in this Court's Trial Setting Order (D.E. No. 13).

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of October, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record